EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                              |                    |
| José A. de la Texera Barnes<br>José G. Marrero Luna | 2005 TSPR 156___<br><br>165 DPR _____ |

Número del Caso: CP-1995-15

Fecha: 26 de octubre de 2005

Abogado del Peticionario:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

CP-1995-15

José A. De la Texera Barnes y
José G. Marrero Luna

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de octubre de 2005.

Examinada la "Moción Solicitando Reinstalación", se autoriza la reinstalación del señor José A. De la Texera Barnés al ejercicio de la abogacía, por haber cumplido el término de la suspensión decretada.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo